IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**ERYNN T. MESTAS,**

    **Plaintiff,**

    **vs.**                                                                                    **Civ. No. 09-1172 - WJ/ACT**

**STATE OF NEW MEXICO
ENVIRONMENT DEPARTMENT,
et al.,**

    **Defendants.**

## MEMORANDUM OPINION AND ORDER

**THIS MATTER** comes before the Court on the Defendants' Motion to Stay Discovery [Doc. 22]. Because the Court has no discretion on this matter, a response is not required.

Defendants have moved for dismissal of the claims against them based on, *inter alia*, the doctrine of qualified immunity. [Doc. 24] The qualified immunity defense protects governmental officials performing discretionary functions from liability as well as the burdens of trial and discovery. *Jiron v. City of Lakewood*, 392 F.3d 410, 414 (10th Cir. 2004); *Workman v. Jordan*, 958 F.2d 332, 336 (10th Cir. 1992) ("we reiterate that qualified immunity is not only a defense to liability but also entitlement to immunity from suit and other demands of litigation") (citing *Sieger v. Gilley*, 500 U.S. 226 (1991)). Indeed, when a motion based on qualified immunity is filed, a court has limited discretion on the issue of a stay of discovery, and should stay discovery until the court considers and determines the motion. *Workman*, 958 F.2d at 336.

The Court will stay this matter.

**IT IS THEREFORE ORDERED** that Defendants' Motion to Stay Discovery is granted and all discovery will be stayed pending the Court's disposition of the Motion to Dismiss, filed November 5, 2010 [Doc. 24].

_____
ALAN C. TORGERSON
United States Magistrate Judge